UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felicia Vasquez,<br><br>        Plaintiff,<br>  v.<br><br>Yuet Sun Lee, individually and as Successor Trustee of the King Non Lee Family Trust "A" established under the Lee Family Trust dated May 18, 1992, and Yuet Sin Lee, individually and as Successor Trustee of the King Non Lee Family Trust "A" established under the Lee Family Trust dated May 18, 1992,<br><br>        Defendants. | Case No. 2:23-cv-01514-AC<br><br>**ORDER GRANTING APPLICATION FOR TO SERVE DEFENDANTS WITH SUMMONS BY PUBLICATION** |

Having considered the application of Plaintiff Felicia Vasquez ("Plaintiff") seeking to serve Defendants Yuet Sun Lee and Yuet Sin Lee ("Defendants") by publication, and good cause appearing,

1. IT IS ORDERED that the service of the summons in this action may be made by publication of summons, pursuant to California Code of Civil Procedure Section 415.50, upon Defendants in The Daily Recorder, a newspaper of general circulation published at 901 H Street, Rm 312, Sacramento, CA 95814, which shall be published at least once a week for four successive weeks.

2. IT IS ORDERED that a copy of the summons, the complaint, and the order for publication be forthwith mailed to each of the Defendants, if his or her address is ascertained before expiration of the time prescribed for publication of the summons.

Dated: January 10, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE